IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RYAN R. O'CONNELL                                             PLAINTIFF

v.                         No. 4:24-cv-307-DPM

RODNEY WRIGHT, Saline
County Sheriff and DOE,
Saline County Sheriff's Deputy                        DEFENDANTS

## ORDER

1.    O'Connell's application to proceed *in forma pauperis* is incomplete; neither the certificate nor calculation sheet are attached. 28 U.S.C. § 1915(a)(2). His application, *Doc. 1*, is denied without prejudice.

2.    O'Connell must submit a completed application and certified calculation sheet by 17 May 2024. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). The Court directs the Clerk to mail O'Connell an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but O'Connell will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

17 April 2024