# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

RYAN R. O'CONNELL                              PLAINTIFF

v.                      No. 4:24-cv-307-DPM

RODNEY WRIGHT, Saline
County Sheriff and DOE,
Saline County Sheriff's Deputy                    DEFENDANTS

### ORDER

O'Connell hasn't paid the filing or moved to proceed *in forma pauperis*; and the time to do so has passed. Doc. 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 May 2024