# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

RYAN R. O'CONNELL                                                           PLAINTIFF

v.                                No. 4:24-cv-307-DPM

RODNEY WRIGHT, Saline
County Sheriff and DOE,
Saline County Sheriff's Deputy                              DEFENDANTS

## JUDGMENT

O'Connell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
23 May 2024